No. 87–6193.   COOK *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 87–6195.   CAZARES *v.* REFUGIA SANDOVAL.   Ct. App. Tex., 3d Dist.   Certiorari denied.

No. 87–6197.   DONEGAN *v.* McWHERTER, WARDEN, ET AL. C. A. 6th Cir.   Certiorari denied.

No. 87–6204.   MILTON *v.* WORLD SAVINGS & LOAN ASSN. C. A. 5th Cir.   Certiorari denied.

No. 87–6208.   ROBINSON *v.* CITY OF DECATUR, ALABAMA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–6210.   HALLINGSTAD *v.* HARVEY ET AL.   Sup. Ct. Wis. Certiorari denied.

No. 87–6218.   MUNGIN *v.* GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 87–6229.   SAZENSKI *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 87–6249.   ROSS *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT GRATERFORD, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 87–6280.   ESCH *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 87–6288.   WILSON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 87–6290.   BROWN *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 87–6303.   SMITH *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 87–6305.   FERRIS *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.